AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

PAUL D. FOWLER,

      Plaintiff,    JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:11-cv-00421-RCJ-VPC**

JOHN PEERY, et al.,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that all federal claims within the complaint (Dkt # 1-1) are dismissed with prejudice. All state claims are dismissed pursuant to 28 us § 1367(c)(3).


  9/19/2011    **LANCE S. WILSON**
                                    Clerk


                                /s/ P. McDonald
                                Deputy Clerk