# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PAUL D. FOWLER, )
  )
       Plaintiff, )
  )   3:11-cv-00421-RCJ-VPC
vs. )
  )
JOHN PEERY et al., )   **ORDER**
  )
       Defendants. )
  )

    Plaintiff prisoner sued Defendants in this Court, alleging several constitutional violations arising out of Defendants' refusal to permit him to carry with him at all times a water bottle of his choice. The Court screened and dismissed the Complaint pursuant to 28 U.S.C. § 1915A. Plaintiff has filed the present motion to reconsider pursuant to Rule 60(b)(1). First, the Court's dismissal was based upon the merits, not upon any "mistake, inadvertence, surprise, or excusable neglect" cognizable under Rule 60(b)(1). Second, the motion contains no argumentation why Plaintiff believes the Court erred in a way warranting relief under Rules 59(e) or 60(b)(6).

## CONCLUSION

    IT IS HEREBY ORDERED that the Motion to Reconsider (ECF No. 8) is DENIED.

    IT IS SO ORDERED.

Dated this 14th day of August, 2012.

                                          _____
                                             ROBERT C. JONES
                                            United States District Judge