1
2
3
4          **UNITED STATES DISTRICT COURT**
5              **DISTRICT OF NEVADA**
6
7   PAUL D. FOWLER,                         )
                          Plaintiff,        )
8                                           )        3:11-cv-00421-RCJ-VPC
        vs.                                 )
9                                           )
   JOHN PEERY et al.,                       )              **ORDER**
10                                          )
                          Defendants.       )
11  _____ )

12          Plaintiff prisoner sued Defendants in this Court, alleging several constitutional violations

13  arising out of Defendants' refusal to permit him to carry with him at all times a water bottle of

14  his choice.  The Court screened and dismissed the Complaint pursuant to 28 U.S.C. § 1915A.

15  Plaintiff has filed the present motion to reconsider pursuant to Rule 60(b)(1).  First, the Court's

16  dismissal was based upon the merits, not upon any "mistake, inadvertence, surprise, or excusable

17  neglect" cognizable under Rule 60(b)(1).  Second, the motion contains no argumentation why

18  Plaintiff believes the Court erred in a way warranting relief under Rules 59(e) or 60(b)(6).

19                              **CONCLUSION**

20          IT IS HEREBY ORDERED that the Motion to Reconsider (ECF No. 8) is DENIED.

21          IT IS SO ORDERED.

22  Dated this 14th day of August, 2012.

23

24                              _____
                                        ROBERT C. JONES
                                    United States District Judge
25